# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 46091

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

JAVIER JUAN GARCIA,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)

Filed: April 24, 2019

Karel A. Lehrman, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Gene A. Petty, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of six years, for conspiracy to recruit criminal gang members, affirmed.

Eric D. Fredericksen, State Appellate Public Defender; Maya P. Waldron, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

Before GRATTON, Chief Judge; LORELLO, Judge;
and BRAILSFORD, Judge

PER CURIAM

Javier Juan Garcia pled guilty to conspiracy to recruit criminal gang members. I.C. §§ 18-8504, 18-8505, and 18-1701. The district court sentenced Garcia to a unified term of ten years, with a minimum period of confinement of six years. The district court ordered that Garcia's sentence run concurrently with other unrelated sentences. Garcia appeals, arguing that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Garcia's judgment of conviction and sentence are affirmed.